No. 364. WALES v. JACOBS. October 23, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Harry F. Payer* for petitioner. *Mr. R. T. Jackson* for respondent.

No. 368. NEIDICH v. COMMISSIONER OF INTERNAL REVENUE. October 23, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Ruby R. Vale* for petitioner. *Solicitor General Jackson, Assistant Attorney General Clark,* and *Mr. Sewall Key* for respondent.

No. 369. SIG ELLINGSON & Co. v. MASON CITY PRODUCTION CREDIT ASSOCIATION. October 23, 1939. Petition for writ of certiorari to the Supreme Court of Minnesota denied. *Mr. Clarence G. Myers* for petitioner. *Solicitor General Jackson* and *Messrs. Peyton R. Evans, Russell D. Burchard, Richard H. Demuth,* and *Joseph F. Cowern* for respondent.

No. 373. ACME TANK CLEANING PROCESS CORP. v. SALVAGE PROCESS CORP. ET AL. October 23, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. W. Hastings Swenarton* for petitioner. *Messrs. Albert Stickney* and *Hersey Egginton* for respondents.

No. 377. UNITED STATES v. AMERICAN MEDICAL ASSOCIATION ET AL. October 23, 1939. Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied. *Solicitor General Jackson* for peti-

tioner. *Messrs. William E. Leahy, Chas. S. Baker, Seth W. Richardson,* and *John E. Laskey* for respondents.

No. 378. BRITISH-AMERICAN TOBACCO Co. *v.* FEDERAL RESERVE BANK OF NEW YORK. October 23, 1939. Petition for writ of certiorari, to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Joseph M. Hartfield* and *Roy H. Callahan* for petitioner. *Messrs. Walter S. Logan, Dean G. Acheson,* and *Charles A. Horsky* for respondent.

No. 408. DEAN *v.* UNITED STATES. November 6, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Harry Dean, pro se.* No appearance for the United States.

No. 434. QUEEN *v.* UNITED STATES. November 6, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Chas. G. Lee, Jr.,* for petitioner. No appearance for the United States.

No. 286. PARMELE *v.* OHIO. November 6, 1939. The motion for leave to proceed on a typewritten record is granted. The motion of John Rossel to be made a party is denied because filed too late. The petition for writ of certiorari to the Supreme Court of Ohio is denied. *Mr. Robert W. Newton* for petitioner. *Mr. Joel S. Rhinefort* for respondent.